IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAPHNE J. RONNING,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-275-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Michael J. Astrue denying plaintiff Daphne J. Ronning's application for disability insurance benefits.

| s/ Peter Oppeneer | 3/21/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |